IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HONG VAN TRUONG,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JO ANNE B. BARNHART,  )<br>Commissioner of Social Security,  )<br>  )<br>  Defendant.  )<br>_____ ) | Civil No. 04-1833-AS<br><br>O R D E R |

Linda Ziskin
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, Oregon  97035

Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neal J. Evans
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on March 20, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#24).

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED. This action is remanded under sentence four of 42 U.S.C. § 405(g) for a finding of disability.

DATED this  24th  day of April, 2006.

        /s/ Garr M. King
        GARR M. KING
        United States District Judge